82 F.3d 408
 Jonathan Wadleigh, Joanne Wadleigh, Dana Kuhn, Thomas Fahey,
Frances Fahey, Joseph Walker, Rachel Walker, Walter
Erickson, Maria Erickson, Susan Collins, Estate of Robert
Collins, Jack Stevens, Linda Stevens, parents of Jeffrey
Stevens, Larry Burr, Juanita Burr, Estate of Michael Ryan
Burr, Samuel Thomas, Joanne Thomas, Estate of Matthew
Thomas, Charles Turner, Constance Turner, Parents of
Christopher Turner, Linda Lewis, Jerry L. Lewis, Jerry Grant
Lewis, Martha Dougherty,
 NO. 95-7644
 United States Court of Appeals,
Third Circuit.
 Mar 14, 1996
 Appeal From: M.D.Pa., No. 93-cv-05969
 
 1
 VACATED.